WEEKS-THORNE PAPER COMPANY, Respondent, *v.* GLENSIDE WOOLEN MILLS, Appellant.

*Weeks-Thorne Paper Co.* v. *Glenside Woolen Mills*, 140 App. Div. 878, affirmed.
(Argued December 18, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 22, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the pollution of a stream and for damages.

*Ceylon H. Lewis* and *Will B. Crowley* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, WERNER, HISCOCK and COLLIN, JJ. Dissenting: CULLEN, Ch. J., and WILLARD BARTLETT, J.